UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: *18-2032*          Judge: _____          Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?          Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?          Yes ☒   No ☐

I certify that, to my knowledge, the within case ☒ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: *6-28-18*          *Thomas Picozzi*          *Thomas Picozzi*
                      Attorney-at-Law / Pro Se Plaintiff          Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A.    Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify):* _____

**B.    Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☒ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
       *(Please specify):* *See 18-2032*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, *Thomas Picozzi*, counsel of record *or pro se plaintiff, do hereby certify:*

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: *6-28-18*          *Thomas Picozzi*          *Thomas Picozzi*
                      Attorney-at-Law / Pro Se Plaintiff          Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

|                | :   | CIVIL ACTION |
|                | :   |              |
| v.             | :   |              |
|                | :   |              |
|                | :   | NO.          |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.          ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of special
management cases.)                                                                                     (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.                      ( )

| 6-28-18 | Thomas Picozzi | Thomas Picozzi |
|---------|----------------|----------------|
| **Date** | **Attorney-at-law** | **Attorney for** |

| 267-778-7506 | | |
|--------------|--|--|
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 - Assignment to a Management Track**

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02 (e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Thomas Picozzi
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Congressman Robert Brady
Dennis Devene
Harry McKeown
Steve Sterlane
Adrine Melairie
MR. McMenamin
Jay Jackson
Bruce Think marry To miss
McKeown sister
Timothy J. Savage
Marc L Gelman

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

*(check one)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification
      number and the name and address of your current place of confinement.  Do the same for any additional
      plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Thomas Picozzi |
| | Street Address | 520 Bristol Pike unit 19 |
| | County, City | Bensalem |
| | State & Zip Code | PA. 19020 |
| | Telephone Number | 267-778-7506 |

*Rev. 10/2009*

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a
        government agency, an organization, a corporation, or an individual.  Include the address where each
        defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in
        the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1         Name _JAY  JACKSON_____

                        Street Address _1803  Spring  Garden  St_

                        County, City _Phila._____

                        State & Zip Code _PA.   19130_____

Defendant No. 2         Name _HARRY  McKeown - owld Address Nowe_

                        Street Address _3442  LAMAR  Place____

                        County, City _Phila._____

                        State & Zip Code _PA.  19154_____

Defendant No. 3         Name _STeve  STer/awe_____

                        Street Address _1803  Spring  Garden  St_

                        County, City _Phila._____

                        State & Zip Code _PA.  19154_____

Defendant No. 4         Name _MR.  McMenamin - work place_

                        Street Address _9910  FranKfort  Ave__

                        County, City _Phila._____

                        State & Zip Code _19114      PA._____

II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

        ☐  Federal Questions            ☒  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

        issue? _____N/A_____

        _____

        _____

*Rev. 10/2009*                          - 2 -

B.     List all defendants.  You should state the full name of the defendants, even if that defendant is a
       government agency, an organization, a corporation, or an individual.  Include the address where each
       defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in
       the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1          Name Congressman Robert Brady
                         Street Address 91 Fieldcrest Ave  suite A18
                         County, City Edison
                         State & Zip Code NJ 08837

Defendant No. 2          Name Dennis Deveune
                         Street Address 1803 Spring Garden ST
                         County, City Phila.
                         State & Zip Code 19130  PA.

Defendant No. 3          Name Adrine Melaire
                         Street Address 1803 Spring Garden ST
                         County, City Phila.
                         State & Zip Code PA. 19130

Defendant No. 4          Name Bruce Carpenter Union
                         Street Address 1803 Spring Garden ST
                         County, City Phila.
                         State & Zip Code PA. 19130

II.     **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*
       ☐  Federal Questions            ☐  Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
       issue? _____
       _____
       _____

*Rev. 10/2009*                          - 2 -

B.   List all defendants.  You should state the full name of the defendants, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where each
defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in
the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Howorable Timothy J. SAVAge_
                   Street Address _601 MARKet ST_
                   County, City _Phrla._
                   State & Zip Code _PA, 19106_

Defendant No. 2    Name _MARC L. Gelman - Jennifer Sigmond_
                   Street Address _1835 MARKet Street_
                   County, City _Phila_
                   State & Zip Code _PA, 19103_

Defendant No. 3    Name _RoBerT ScootT - CARpewter_ _MCKuchen Brother_
                   Street Address _1803 SPRing GanDen St_
                   County, City _Phila_
                   State & Zip Code _PA, 19130_

Defendant No. 4    Name _Rob - Think Treasure or secatary_
                   Street Address _4021 Walnut St_
                   County, City _Phila_
                   State & Zip Code _PA, 19104_

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐   Federal Questions        ☐   Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____

_____

_____

*Rev. 10/2009*                          - 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship     *Phila. PA*

Defendant(s) state(s) of citizenship     *Phila, PA. mite be other*

**III.     Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur?     *Phila. PA.*

B.     What date and approximate time did the events giving rise to your claim(s) occur?     *2015*

C.     Facts:     *Like To bring To The Phila. courts Attention. There mite be more defendants in CASE: 18-2032 There will be a brief statement of The Facts in each defendant in CASE: 18-2032. It up To The Phila courts To determine in each person.*

*Robert Brady - could be a possible defendant MR. Brady attend a rally at The carpenter union hall at Spring Garden st. MR. Brady was There with Edward Coryel, Edward Coryel Jr. and The rest of The union official. MR. Picozzi found out latter That bringing John Balmetine into carpenter union at The Time. There was a other union official Guy Pei-agelie who seen certain people called Rally off and Rush congressman Robert Brady into a back seat of car That was park on Spring Garden Street. MR. Robert Brady mite be invole in The money That was Taking out of The carpenters union and The stat of PA, over The years.*

*MR. Picozzi was watching T.V. one nite MR. Robert Brady was on There saying how*

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.     See First Case Filed 18-2092

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.     See First Case Filed 18-2032

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _T.P._ day of _____ _6-28_ , 20 _18_ .


Signature of Plaintiff _Thomas Picozzi_
Mailing Address _620 Bristol Pike Unit 19_
_Bensalem_
_PA. 19020_
Telephone Number _267-778-7506_
Fax Number *(if you have one)* _____
E-mail Address _____


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also
provide their inmate numbers, present place of confinement, and address.


For Prisoners:

I declare under penalty of perjury that on this ____ day of _____ , 20 ___ , I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.


Signature of Plaintiff: _____
Inmate Number _____

18-2032

he was Trying To save SHevon ReFinery
From moving ouJ of The sJaJe PA. AnJ
he was Trying To save JoBs For The people
in PA. NoT once DiD he menTion Phila.
CARpenTer Union or The men anJ woman
who work in The CARpenTer UNiON Congresman
Robert BraDy allway had T.V. AdD on
Around ElecTion DAy saying how he was
a Union CARpenTer buT Never mention The
men anJ woman of The CARpenTer. A loT of
CARpenTer where wonDering how come we
lasJ aloT of heavy Highway work. Why DiDnJ
Robert BraDy, EdwarJ Coreyel, FRnnis LAFFy
The resJ of The CARpenTer official. do
someThing abouJ iT. There Famous worDs
we canT do NoThing AbouT iT.

          Dennis Devene- This guy here is
one of The guy who RAN GALlway consTrucTion
yeARs ago. They saiD Dennis Devene was
working up in New york For yeARs iN
The hospiJal. They DiD mainly FinisH
work. I hearD The way They goJ The
COmpany was a ouJ of TOWN company
CAme To Phila. To do a JoB They screw
The JoB up. I Think The union sTep
in gave iT To Dennis Devene, scoTT anJ
some oTher guy. I workeD For They where
alway saying how somebody was FiNance Them.

18-2032

Adrine Melainie- He was the head of the apprentice school when I went there. This guy didn't stand up for apprentices. Example MR. Thomas Picozzi worked for carson concret They paid him journeyman pay scale. Adrine call MR. Picozzi into his office an told him he not going to gratulat. if he didn't pay the money back. MR. Picozzi Told him They gave him the money he didn't pay it back. Then They Edward Coreyel laid Adrine off. That when the brought Joe Darkin in. These guys are involed with dealth like my buddy Larry Sullivan and Loise Liero. I heard They had adrine in the school for years after starting people left. These guys play games with the union for years an it members. They mite be involed with the money that was Taking. MR. Picozzi heard That There was a guy who murder his buddy Larry Sullivan in the school for years. And all These guys knew about it Edward Coreyel, Franny Laffy.

18-2032

<u>Jay Jackson</u>- Could be involed with the money that was taking out of carpenter union and convention center, Mr. Jackson is the out side superinfent for Phila. D.M. he did all The hireing of men. He mite of been on or in selling book in The carpenter union for years. He would bing guys in That didn't know anything and have good journeyman teach them. Mr. Jackson mite of been on all the training center that carpenter union own & state of PA, Mr. Picozzi worked for Phila D+m on off for nine years always had him teaching guy the work. Then Mr. Picozzi found out There where not apprenictie, Mr. Picozzi remember working for Phila. D&m and The guys saying the owner had five year To pay Charles Morcon off.

Then They drug Mr. Picozzi on The job Mr. Jackson laid him off he call union hall They laught at him. Mr. Picozzi was in the hospital and Mr. Jackson and Nick had Judy Steveson + husband do something To me while he was in his bed. He seend her in tha hallway a few Time what Judy Stevenson did he does'T know

18-2032

## HARRY McKeown - MR. Picozzi was
MARRY To a girl YEARS Ago Sue McKeown.
One weekend we where invited down The
shore To Brain Donahue Uncle house Jack
BorderFord. MR. Picozzi went out To The store
why out he Found out latter That his
wife was sexually assault by Them he
didn'T Fine out To years latter. Sue
meant a lot To mr Picozzi They where best
Friend For years. He Found out on This T.V.
Stuff That Harry McKeown sued behind
Tom and Sue BACK. He doesn'T Know if
Sue was in on iT. They said iT was
Harry McKeown + Jack BorderFord who sued.
Harry McKeown no All The Carpenter union
offical like Harry McKuckin.

## BRUCE - MITe be MARRY To Miss
McKeown younger sister. WAS AT A meeting
AT ST. Domanic on FrankFord Ave. This
man Bruce was setting There started
To Talk about him and a lot of his
Friend stole money out of UNION. He
mite be Related To Harry McKuckin. He
wanted people To Feel sorry For him. He
Knows Jiminy Mack, paT child molester Father
Sam and some Guy Sam The RooFer. He mite be
involed in money out of Phila Carpenter UNION.

18-2032

MR. MENIMAN- He owns shoprite
stores in The Arier. One At Morrell
Plaza one At I know +Frankfort. He owns
The Freshgrocer down At 40 & Walnut. There
Building one At 63 + Chestnut Street around
There. He mite be friend with Bill Clemen
Ray Crouse. There Building one on Habinson
Ave. He mite no Mr. Goldberg and John McCormack
He has some construction worker working
For him. There a MR NOVACK That works
For shoprite a Morrell Plaza. There a
Chris Novark That in The capenter union
They say he did This For Guy on JoB.
I think I heard on This T.V. stuff That he
had Darkin and mckeown working For him
maybe There money in his company where
he going To give it To people who work For
him. I ask MR NOVACK if he was related
To Chris Nouack he said NO, Here has To
No someone in The Trade To be doing all
These Store I think he lives in langhorne
worth looking into.

Shope club ask Harry Mckuckin if he own
The land There That where The have picnic.

McCaffery - This is a supermarket up
in NewTowne Vallage. Name on distict Greg McCaffer

18-2032

Steve Sterlane - This guy is one of The guys From Langhorne who brought his book He grow up with my Exwife Sharon. Bob Fitz + Jay Jackson had guy Teach him Stuff. MR. Picozzi show him how To mig weld Jay Jack said he is Number one welder just Example. Steve said Bob Fritz gave him a written Test To get in.

I Think he The guy who was involved in setting up my house with This T.V. Stuff because I Telling guy on The Job somebody buging my house. And I was going To beat The shit out of some of humville people.

I Think he Know The people who Build The house Accross The Street From me like Hamme Time Constructioin My Exwife Sharon Know Them. Someone said he does work For Bill Clemens Now Union Company. He was alway saying he was Traveling To New york To visit his sister. Maybe he Friend with Harry MeCuckin with The money That was Taking. There is a Sterlane Farm up There I Think in Yardly Pa. Maybe he Knows Fred From New york. Said he went To George School and worked at The car wash on RT 1. The said My Ex wife Sharon Bufriend own iT.

18- 2032

## Timothy J. Savage- MR. Picozzi does
NOT Know Howorable Timothly J. Savage, Does
he have a deprecation of Each defandent,
IF he does Than he NO ThaJ Each defan-
Tend is involed in with Each crime was
committed in Each case, Howorable Timothly J.
savage musT Tell The Phila. courts what
he Know about Each cases. Or he will
be licenable For Each case. He worK For
The Phila Courts

### CIVIL ACTION

| | |
|---|---|
| 18-CV-1998 | 18-CV-2239 |
| 18-CV-2201 | 18-CV-2277 |
| 18-CV-2235 | 18-CV-2324 |
| 18-CV-2238 | 18-CV-2327 |

Is Timothy J. Savage related To
Eddy Savage. The case back in around 2001
where Eddy Savage vs. City of Phila. In The
Case Eddy Savage had children Take shit
on Glass coffee Table he would lay under
The Table, Eddy Savage would save children
under wear. The Phila courT Found him
insane, menTally derawged.

Marc L. Gelman I was still screw up what happen To me the hospital. I still have your litten you mail me. This is MR. Picozzi now MR. Gilman did you Take A depreciation of Edward Corexel & Edward Corexel JR. Harry McKuckin & Harry McKuckin JR. ON what Harry McKucker DiD To MR. Thomas Picozzi Let me Tell you First him and sow invoked in The murder Loise Liero second Harry McKucking Fake his sow death, third he Try To kill me with my Exwife Sharon. Forth- Him and Edward Corexel stoll money out of The carpenter and the City of Phila. you must No That. MR. Gilman, I Think you should come in To The Phila Courts and Tell us about These defendants. They would like To hear From you.

Do you have a MR. Boccella That works at your Firm. Mr Boccella knows MR. Picozzi. Joseph Boccella is invoked in some activetise with The carpenter union and what To MR. Picozzi at The hosipla). His daughter Amy did some bad Thing To me in hosipTal

MR. Picozzi seen MR Boccella
sowinlaw at The hosiptal where he
die a Few Time the sowinLAW is JustIn
And AMY DiRebbo. They got Marry on
New yEAR Eve. They said Justin was
acting like a doctor. you should TALK
To Joe Boccella about This.

MR. Boccella Family is involed
in other Thing like hidding children
From people and a child molester I
will show who The child molester
is. FirsT I Found out he hid child
ren From a Friend of mine The
name on The caard I have Two NAME
KyA DAWSON and KRisTin Boccella. MAy be
MR. Boccella new That MR. Boccella
That MR. Picozzi knew The KRisTin
boyFried DAD. WhAT NAME was The
baby born in. And why They always
said The DAD was Drug addict didnt
want To help The Kids out. MR. Picozzi
work with The Fathe of The Kid iT
against The law To Do That. The GrandFaThe
DAVE is a good guy he woaked with
my buddy Laray Sullivan Ash MR. LAFFy
about him. Larry

He a picture of The child
molester and Joe Boccella Ed wife
and sister who are The child molester
sister. Tell MR Boccella if he
want To Talk To MR. Thomas Picozzi
he Know how To contact him.

Thomas Picozzi

P.S.- MR Picozzi heard he mite of
got his sister poignant years ago Then
didt Tell him Joe Boccella family didnt
Tell him he not sure. Ask MR. Boccella
about The will That was made up
behind MR Picozzi back Kathleen +
Pat did it. MR Picozzi had To go
To city hall To get one. This is
The only pictures we have of Them
        I heard MR. Boccella Try To
sue behind MR. Picozzi when he had
A surgery done by DR. Corry The doctor
Toll me he didnt Think he did. I am
surprize MR. Boccella and his wife
in Jail after what happen to MR.
Picozzi in Aria hospital he die a
few Time Thanks To his son inlaw + daughter
Amy.

Mr. Picozzi even heard
That The Boccella Family DiDNT
Know him. Ask Sammie Boccella
Thomas Picozzi bought a 1973 Honda
motorcycle off od him. He paid Five
Hundred Dollars For it Around 1983. It
Kind of Funny The guy That went
with me To buy The bike was
Mike Barkley. Thomas has a picture
of him and Mike Mike had A
Endoro 250cc at The Time.
          Was Joe Boccella involed
when Thew Try To lock Mr Picozzi
up in Buck County Prison. Where he
mite of have The inmate slide A
white Envolope under his cell Door
could of been drugs in There Thomas
left The Envolpe on The cell floor.
Thomas Heard Joe Boccella got all
The queers to Do his Dirty work. him
Now This guy is supposed To Represent
one of The biggest Union Carpenter
And he does This To The member of
The carpenter not just Thomas Picozzi
but other member of The carpenter
Union.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS PICOZZI | FILED JUN 26 2018 | CIVIL ACTION |
| v. | : | |
| JOSEPH McKEOWN, et al. | : | NO.: 18-cv-1998 |

| | | |
|---|---|---|
| THOMAS M.J. PICOZZI | : | CIVIL ACTION |
| v. | : | |
| MITCHELL S. GOLDBERG | : | NO.: 18-cv-2201 |

| | | |
|---|---|---|
| THOMAS M.J. PICOZZI | : | CIVIL ACTION |
| v. | : | |
| DR. ALLEN SNYDER, et al. | : | NO.: 18-cv-2235 |

| | | |
|---|---|---|
| THOMAS M.J. PICOZZI | : | CIVIL ACTION |
| v. | : | |
| JUDGE MITCHELL S. GOLDBERG, et al. | : | NO.: 18-cv-2238 |

| | | |
|---|---|---|
| THOMAS M.J. PICOZZI | : | CIVIL ACTION |
| v. | : | |
| CYNTHIA M. RUFE, et al. | : | NO.: 18-cv-2239 |

| | | |
|---|---|---|
| THOMAS PICOZZI | : | CIVIL ACTION |
| v. | : | |
| ALLAN ROBERT SNYDER, et al. | : | NO.: 18-cv-2277 |

| | | |
|---|---|---|
| THOMAS PICOZZI | : | CIVIL ACTION |
| v. | : | |
| STEVE TOMAS, et al. | : | NO.: 18-cv-2324 |

THOMAS PICOZZI

v.

ROBERT L. KATZEWSTEIN, et al.

CIVIL ACTION

NO.: 18-cv-2327

## O R D E R

AND NOW, this 26th day of JUNE, 2018, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable Mark A. Kearney, to the calendar of the Honorable Timothy J. Savage.

FOR THE COURT:

LAWRENCE F. STENGEL
Chief Judge

ATTEST:

KATE BARKMAN
Clerk of Court